UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
             Plaintiff, ) CASE NO.   CR07-264-RSM
             v. )
BIRDIE E. BELLINGER, ) DETENTION ORDER
             Defendant. )
_____ )

Offenses charged:

      Bank Fraud, in violation of Title 18, U.S.C., Sections 1344 and 2;

      Social Security Fraud, in violation of Title 42, U.S.C., section 408(a)(7)(B).

Date of Detention Hearing: July 24, 2007

      The Court, having conducted a contested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.  The Government was represented by Vincent Lombardi.  The defendant was represented by Juanita Holmes.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    (1) The defendant has no ties to the Western District of Washington and has family ties in California.  Her local residence is unstable.

    (2) Defendant is viewed as a risk of danger due to her criminal history dating back to 1979.

    (3) Defendant has mental health and subsequent substance abuse issues.

Thus, there is no condition or combination of conditions that would reasonably assure

DETENTION ORDER
PAGE -1-

future court appearances.

**It is therefore ORDERED:**

(l) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 25th day of July, 2007.

MONICA J. BENTON
United States Magistrate Judge